COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

CHRISTIAN ALBERTO MARTINEZ,  §  No. 08-14-00130-CR

Appellant,  §  Appeal from the

v.  §  210th District Court

THE STATE OF TEXAS,  §  of El Paso County, Texas

State.  §  (TC# 20110D01837)

§

**O R D E R**

The Court GRANTS Mary Ann Marin's third request for an extension of time within which to file the Reporter's Record until **November 2, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Marin Ann Marin, Roving Court Reporter for the 210th District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before November 2, 2014.

IT IS SO ORDERED this 13th day of August, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.